IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01636-BNB

JOHN THOMAS BLACK,

    Plaintiff,

v.

C/O WILLS,
C/O STARBUCK, and
NURSE DOURTE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 30, 2010, at Denver, Colorado.

                      BY THE COURT:

                      s/ Boyd N. Boland
                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01636-BNB

John T. Black, Jr.
805 31st Ave. #B
Greeley, CO 80634

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/30/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk