IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01636-REB-KLM

JOHN THOMAS BLACK, JR.,

　　Plaintiff,

v.

C/O WILLS,
C/O STARBUCK, and
NURSE DOURTE,

　　Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on *pro se* nonprisoner Plaintiff's pleading seeking **Joinder of Additional Defendants to Suit & Amendment of PleadingsMotion to Amend** [Docket No. 23; Filed October 20, 2010]. As a preliminary matter, all pleadings seeking relief from the Court must be titled as motions pursuant to Fed. R. Civ. P. 7.1C. Regardless of Plaintiff's *pro se* status, he is obligated to comply with the rules of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). Because I construe the pleading as a Motion seeking the Court's permission to amend Plaintiff's Second Amended Complaint [Docket No. 7], I will consider it. Plaintiff is warned, however, that all future requests must be made by motion. In addition, I note that Plaintiff fails to certify that he conferred with the opposing parties prior to filing the Motion as required by D.C.COLO.LCivR 7.1A. The Motion is subject to denial on this basis alone.

1

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. In order to properly seek leave to amend a party's pleading, the party must file (1) a motion explaining what amendments he seeks and why amendment is appropriate and (2) a proposed amended complaint which contains every claim and defendant asserted in the previous complaint and any new claim the party wishes to pursue against any new defendant. The present pleading fails to satisfy either requirement. Further, the proposed amended complaint must satisfy the pleading requirements of Fed. R. Civ. P. 8 and, at a minimum, "must explain what each defendant did to him or her; when the defendant did it; how the defendant's actions harmed him or her, and what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

IT IS FURTHER **ORDERED** that the proposed amended complaint shall be titled "Third Amended Complaint" and shall be submitted on the Court's Civil Complaint Form.

IT IS FURTHER **ORDERED** that the Clerk shall mail two (2) copies of the Civil Complaint Form to Plaintiff.

Dated: October 22, 2010

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge