IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01636-REB-KLM

JOHN THOMAS BLACK, JR.,

      Plaintiff,

v.

C/O WILLS,
C/O STARBUCK, and
NURSE DOURTE,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Sanction Defendants for Intentionally Destroying Requested Discovery Material** [Docket No. 41; Filed January 11, 2011] (the "Motion").  Pursuant to the Court's Minute Order [Docket No. 43] of January 12, 2011, Defendant Wills filed a Response [Docket No. 44] in opposition to the Motion on January 19, 2011.

      Plaintiff seeks an order compelling Defendants to "disclose all video footage that was requested to be preserved for trial" and awarding him one million dollars as a sanction for Defendants' "failure to preserve" the requested video footage.  *Motion* [#41] at 1-2.  Plaintiff's Motion fails to establish that (1) any relevant video footage exists, (2) Defendants possess the footage, and (3) Defendants have somehow lost, destroyed, or refused to produce the footage.  Defendant Wills, the only Defendant who has been served and entered an appearance in this case, informed Plaintiff that neither he nor the Weld County Sheriff's Department "have any security video footage in their possession" responsive to Plaintiff's request for "security video footage from August 7, 2008 till the day [Plaintiff] was released from the Weld County Jail."  *Exhibit F to Motion* [#41 at 23-24] (Defendant Adam Wills's Response to Plaintiff's Request for Production of Documents, dated November 16, 2010).

      In his Response [#44], Defendant Wills states as follows:

Plaintiff appears to believe that video footage exists showing the interactions

>between himself and [Defendant Wills] when he was in his cell, which will allegedly support his claims. However, there are no video cameras in the Weld County Jail positioned or stationed in a way that records or shows the inside of any of the individual jail cells . . . The Weld County Sheriff's Office conducted a search for the existence of any video recordings taken in the Weld County Jail during the relevant time periods listed in Plaintiff's Second Amended Complaint for any video footage showing both [Plaintiff] and [Defendant Wills]. The search resulted in no video footage being found which shows Plaintiff and [Defendant Wills] together.

*Response* [#44] at 2. To support this statement, Defendant Wills attached an affidavit [Docket No. 44-2] from Sterling Geesaman, the Deputy Bureau Chief of the Offender Supervision Bureau of the Weld County Sheriff's Office assigned to the Weld County Jail. The Court has reviewed the affidavit and it finds that the video footage requested by Plaintiff simply does not exist. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#41] is **DENIED**.

Dated: January 20, 2011