IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01636-REB-KLM

JOHN THOMAS BLACK, JR.,

    Plaintiff,

v.

C/O WILLS,
C/O STARBUCK, and
NURSE DOURTE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Defendant to Disclose the Name and Reports of the Officer that Worked with Him the Day of Plaintiff['s] Claim [,] September 24th and 25th of the Year 2008** [Docket No. 54; Filed February 22, 2011] (the "Motion").  The Motion seeks to compel discovery from Defendant Wills.  As an initial matter, Plaintiff has failed to allege that he has propounded discovery requests on Defendant Wills.  *See generally* Fed. R. Civ. P. 33, 34, and 36.  Without such an allegation, the Court cannot grant a motion to compel.  Further, the Motion does not comply with Fed. R. Civ. P. 37(a)(1), which requires that any motion for an order compelling disclosure or discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."  Finally, the Motion also does not comply with D.C.COLO.LCivR 37.1, which requires that a discovery motion must "either set forth in the text of the motion the specific interrogatory, request, or response to which the motion is directed, or an exhibit that contains the interrogatory, request, or response shall be attached."

    For the reasons set forth above,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  February 23, 2011