**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01636-REB-KLM

JOHN THOMAS BLACK,

     Plaintiff,

v.

C/O WILLS,

     Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is before me on the following: (1) the defendant's **Motion for
Summary Judgment** [#57][1] filed March 31, 2011; and (2) the **Recommendation of
United States Magistrate Judge** [#62] filed May 9, 2011.  No objections to the
recommendation have been filed by the parties.  Therefore, I review the
recommendation only for plain error.  **See Morales-Fernandez v. Immigration &
Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]   Finding no error, much
less plain error, in the magistrate judge's recommended disposition, I find and conclude
that the recommendation should be approved and adopted.

---

[1]   "[#57]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

[2]   This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-
Fernandez**, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his
pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by
lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007);
**Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th
Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#62] filed

May 9, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That the defendant's **Motion for Summary Judgment** [#57] filed March 31,

2011, is **GRANTED**;

3.  That this case is **DISMISSED** with prejudice;

4.  That **JUDGMENT SHALL ENTER** in favor of the defendant, C/O Wills,

against the plaintiff, John Thomas Black, Jr.; and

7.  That the defendant is **AWARDED** his costs, to be taxed by the clerk of the

court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 27, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Bob Blackburn
                                        Robert E. Blackburn
                                        United States District Judge